919 A.2d 847

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. EDWARD J. FASANELLA, DEFENDANT–PETITIONER.

March 22, 2007.

ORDERED that the petition for certification is granted, the judgment of the Appellate Division is summarily reversed, and the matter is remanded to the trial court for resentencing in accordance with *State v. Yarbough,* 100 *N.J.* 627, 498 *A.*2d 1239 (1985).

919 A.2d 847

BARBARA BASIL, EXECUTRIX OF THE ESTATE OF JOHN BASIL, AND BARBARA BASIL, INDIVIDUALLY PLAINTIFF–CROSS–RESPONDENT, v. FRANK · A. WOLF, DEFENDANT, AND TRANSPORTATION INSURANCE COMPANY, IMPROPERLY PLEADED AS "CNA", DEFENDANT–CROSS–PETITIONER.

March 28, 2007.

Cross-petition Granted.